**FILED**

APR 24 2013

Clerk, U.S. District Court
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Richard C. Olson - Prose
_____
_____
(Enter above the full name of the Plaintiff(s))

vs.   Case Number: 13-CV-2190 RDR/DJW

Nick Jordan - Sec. of Revenue et al
Name
915 S.W. Harrison ST.
Street and number
Topeka  Kansas  66615
City     State     Zip Code

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff  Richard C. Olson - prose

Address  9119 Pflumm Rd

Lenexa, KS 66215

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Nick Jordan - Secretary of Rev_ is

employed at _State of KS. 915 S.W. Harrison ST._

_Topeka, KS, 66625-2007 - ET AL_

C. Additional Defendants _Rodger Smith - Problem resolution_
_State of KS_
_officer - 915 S W Harrison ST. Topeka, Kansas_

_66625-2007_

II. Jurisdiction: _I seek Damages Against Each defendant personally And against there Job At The State of Kansas_

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _Kansas_.

2. The first-named defendant above is either

   a. a citizen of the State of _Kansas_ ; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen. _State of KS. Revenue Dept. A gout. entity_

3. The second-named defendant above is either

   a. a citizen of the State of _Kansas_ ; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen. _State of Kansas Revenue Dept A gout. entity_

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

    1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

✔ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

✔ 3. Other grounds (specify and state any statute which gives rise to such grounds):

*Denial of rightful homestead amount to totally disabled in wheelchair with oxygen 24/7 at 4MM. with theats of and doing turning this disabled person into homeland security doing irrepable harm for no reason.*

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

*Plaintiff was denied his rights as to Americans with disabilities act - Plaintiff was denied due process as to 8th and 14th amendments to the U.S. Constitutin. These actions were to a wheelchair bound and 24/7 4mm of oxygen disabled person who had to fizn for himself against a ruthless and mean speparated State Revenue dept.*

Said Problem Resolution Officer - Rodger Smith was hatefull and disgusting at best to this plaintiff who needed this homestead tax rebate in the worst way.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

I claim actual damages for the amount denied plus actual damage for mental anguish - wrongfull stress and harm to health of $100,000.00 plus punitive damages in the amount of $1,000,000.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [ ] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [✓] No [ ]

VII. Do you claim punitive monetary damages? Yes [✓] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$100,000 actual damages as to each defendant
$1,000,000. punitive damages as to each defendant.
All said action were with malice and hatred with deliberation, planned out of spite, hateed and forthought to cause this plaintiff mental anguish and physical damage for no known reason.

4

VIII. Administrative Procedures:

   A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [✓] No [ ]
   I Tried To Work it out with The Revenue Dept.

   B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

   I did Not Keep The dates but it was in february and March.

   C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

   Please mark the statement that pertains to this case:

   _____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

   ✓ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

   *Richard c Olson*
   Signature of Plaintiff

   Richard c Olson
   Name (Print or Type)

   5

Richard C Olson
Address

LENEXA KS 66215
City     State     Zip Code

913 894 4881
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the
(circle one location)
trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ((yes) or no ).
(circle one)

Richard C Olson
Signature of Plaintiff

Dated: 4-23-2013
(Rev. 8/07)